# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Gregory Paul Violette, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>NewMarket Health Products, LLC, <br><br>　　　　　Defendant. | Case No.: <br><br>**NOTICE OF REMOVAL** |

TO:　THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

　　　Defendant NewMarket Health Products, LLC. (herein "NewMarket"), files this Notice of Removal of the above-captioned action from the Superior Court, Kennebec County, to the United States District Court for the District of Maine. In support of its Notice of Removal, Defendant states as follows:

1. This is an action for product liability brought on behalf of Plaintiff Gregory Paul Violette ("Plaintiff") arising out of an incident on January 13, 2022. (See Exhibit A, Complaint)

2. The Plaintiff avers that he is a resident of the State of Maine. (See Exhibit A, Complaint)

3. Defendant is a foreign corporation organized and existing under the laws of the State of Maryland and have their principal place of business in Baltimore, Maryland.

4. Jurisdiction is founded on diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332.

5. Pursuant to his Complaint, Plaintiff seeks general and special damages related to illness he allegedly sustained after taking Vira Surge pills. The plaintiff claims damages resulting from medical expenses and pain and suffering. In his Complaint, Plaintiff demands $550,000 (Ex. A). As a result, there is a reasonable likelihood that the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. NewMarket Health Products, LCC was served with a Summons and Complaint on or about February 14, 2022, and therefore this Notice of Removal is being filed within the time required by 28 U.S.C. § 1446(b).

7. This Notice has been served upon Plaintiff, as well as in the County Civil Court at Kennebec County, Maine.

8. NewMarket has not yet filed responsive pleadings in the state court action.

9. Copies of all process and pleading received by the defendants are attached hereto as Exhibit A.

10. No jury demand was made in the state court action, but Defendant requests a jury demand in its answer.

**Wherefore**, this case is removed from the Kennebec County Superior Court to the United States District Court for the District of Maine.

Dated 3/2/2022                                     NEWMARKET HEALTH PRODUCTS, LLC

By its Attorney,

CAMPBELL CONROY & O'NEIL, PC

/s/ Brian P. Voke
Brian P. Voke (#3297)
1 Constitution Wharf, Suite 310
Boston, MA 02129
617-241-3000
bvoke@campbell-trial-lawyers.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, a copy of the foregoing document was filed electronically with the United States District Court, District of Maine, and served by first class mail, postage prepaid, on the following parties:

Gregory Paul Violette, Pro Se
P.O. Box 2817
Waterville, ME  04903

/s/ Brian P. Voke
Brian P. Voke, Esq. / BBO #3297