STATE OF MAINE

SUPERIOR COURT                                    DISTRICT COURT
Kennebec, ss.                                     Location _____
Docket No. _____                          Docket No. _____

Gregory Paul Violette  Plaintiff

v.                                                SUMMONS
Newmarket Health products LLC  Defendant          M.R.Civ.P. 4(d)
16 W. Madison St.  Address
Baltimore, MD 21201

The Plaintiff has begun a lawsuit against you in the (~~District~~) (Superior) Court, which holds sessions at (street address) 1 Court St., in the Town/City of Augusta, County of Kennebec, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of (~~District~~) (Superior) Court, 1 Court St., STE 101 (Mailing Address), Augusta (Town, City), Maine 04330 (Zip). before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: **If you fail to serve an answer** within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, **a judgment by default may be entered against you** in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date: February 5, 2022

Gregory Paul Violette
P.O. Box 2817                    (~~Attorney for~~) Plaintiff         (Seal of Court)
Waterville, ME 04963             Address
207-399-1567                     Telephone
drsies.violette@gmail.com        Email Address
                                                                      Clerk

CV-030, Rev. 07/18

**STATE OF MAINE**

STATE OF MAINE                                            CIVIL ACTION
SUPERIOR COURT                                        DOCKET NO.
KENNEBEC, SS.

Gregory Paul Violette,

      Plaintiff,

Vs.                                                  PLAINTIFF'S CIVIL COMPLAINT
                                                    Product Liability

Newmarket Health Products, LLC
Defendants.

PLAINTIFF'S CIVIL COMPLAINT

NOW COMES the Plaintiff, Gregory Paul Violette and states as follows:

1. On or about January 6, 2022 I purchased Gold Leaf Nutritionals, Vira Surge, six bottles.
2. I got the Vira surge on or about January 11, 2022 and started two pills a day.
3. On January 13, 2022, I started feeling really sick, I had taken the Vira Surge for three days at this point.
4. I went to the VA Togus Emergency Room to see a doctor on January 13, 2022.
5. The doctor said the Vira Surge was a poison to my body.
6. My symptoms were: feeling and being really sick, stomach pain, drowsiness, dizziness, weakness, high temperature 102F, chills, loss of appetite, headache, blurred vision, mental confusion, breathing difficulties.

1

7. Newmarket Health Products, LLC advertised the Vira Surge would help you get More sex, More pleasure And a big surge in testosterone. Vira Surge was to help improve sexual performance.
8. Newmarket Health products, LLC committed an unlawful act and caused harm without legal justification or excuse.
9. His false advertising and his Product Liability caused me great harm; I was very sick for six days. Caused me medical expenses that I had to cover, $2,350.00, caused me pain and suffering.
10. Newmarket Health Products, LLC must be held responsible.

## CONCLUSION

Plaintiff prays that the court will award Plaintiff punitive damages and exemplary damages, pain and suffering damages in the amount of $550,000.00 because of Defendant's Product Liability and their false advertising. I also ask the court to award attorney fees and court cost and any other relief that the court deems just.

Dated at Waterville, Maine this 3rd day of February 2022.


Gregory Paul Violette, Plaintiff
P.O. Box 2817
Waterville, Maine 04903
Phone Number: 207-399-7567

2

## MAINE JUDICIAL BRANCH

| | | |
|---|---|---|
| Gregory Paul Violette | Plaintiff | *"X" the court for filing:* <br> ☒ Superior Court ☐ District Court |
| V. | | County: Kennebec |
| Newmarket Health Products, LLC | Defendant | Location (Town): Augusta |
| | | Docket No.: |

### NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES**: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure.

**OPT IN**: *If you do not have an attorney,* papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to request that all papers required to be served on you by other parties in this case be sent instead electronically to your designated email address; and you may also agree to serve by email all papers you are required to serve on other parties in this case.

**PLEASE NOTE: Any electronic service that you opt into applies only to papers served on you by other parties, and/or to papers you are required to serve on other parties.** *It does not apply to notices, orders, or other papers generated by the court, or to any papers you must file with the court.* You must file all court papers in paper form by mail or in person, and all Court papers will continue to be sent to you by regular mail.

**If you choose not to opt in, you do not need to do anything**. If you would like to receive and/or serve papers on other parties electronically, you must meet the requirements set forth below. Check the appropriate box(es) and mail (or scan and email) the signed form to all other parties in the case. <u>Do not file this form with the Court</u>.

☐ **Electronic Receipt**: I choose to OPT IN to receive by email documents from other parties in this case. I have reviewed and meet all of the following electronic receipt requirements:
  ☐ I have a trusted email account and I have daily access to this account;
  ☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
  ☐ This email account has available electronic storage of at least 1 gigabyte;
  ☐ This email account accepts emails with attachments of up to 10 megabytes; and
  ☐ I will be able to maintain this email account throughout this case.

☐ **Electronic Delivery**: I choose to OPT IN to deliver documents to other parties by email in this case. I have reviewed and meet all of the following electronic delivery requirements:
  ☐ I meet all of the requirements for electronic receipt listed above;
  ☐ I have the ability to scan and create .pdf files of documents I am required to serve on other parties.

Date (*mm/dd/yyyy*): _____    ▶ _____
                                                    Self-Represented Party (Signature)

                                                 _____
                                                    (Print Name)

                                                 _____
                                                    (Print email address)

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

**Greg Violette**
P.O. Box 2817
Waterville, ME 04903



7019 1640 0000 2980 3077

U.S. POSTAGE PAID
FCM LETTER
WATERVILLE, ME
04901
FEB 05, 22
AMOUNT
**$7.38**
R2305K134954-05

CSC-Lawyers Incorporating
Service Company

7 St. Paul St., STE 820

Baltimore, MD 21202

21202-168120