

## MICHELE LUMBERT, CLERK OF COURTS

**Kennebec Superior Court**
95 State Street
Augusta, Maine 04330
(207) 624-5800

**Augusta District Court**
145 State Street
Augusta, Maine 04330
(207) 287-8075

Date: March 9, 2022

To Whom It May Concern:

On March 8th a record search was performed by Dale Coty, Assistant Clerk for a case captioned Gregory Paul Violette vs. Newmarket Health Products, LLC. Our records do not reflect that a case has been as of March 8th.

If you have any further questions, please do not hesitate to call the clerk's office.

*Michele Lumbert*

Michele Lumbert
Clerk of Courts