UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 1:22-cv-00057-NT<br>) |
| NEWMARKET HEALTH PRODUCTS LLC<br>Defendant, | )<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order entered by Nancy Torresen, U.S. District Judge on March 29, 2022,

JUDGMENT of dismissal without prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Stacey L. Graf
Deputy Clerk

Dated: March 29, 2022